1  **JOHN C. ELLIS, JR.**
   California State Bar No. 228083
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: john_ellis@fd.org

5  Attorneys for Juan Jose Miranda

6

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10                          **(HONORABLE MARILYN L. HUFF)**

11 | UNITED STATES OF AMERICA,        )   Case No. 08CR1005-H
                                      )
12 |          Plaintiff,               )   DATE:    May 19, 2008
                                      )   TIME:    2:00 p.m.
13 | v.                                )
                                      )   NOTICE OF MOTIONS AND MOTIONS TO:
14 | JUAN JOSE MIRANDA,                )
                                      )   1)   COMPEL DISCOVERY AND PRESERVE
15 |          Defendant.               )        EVIDENCE; AND
                                      )   2)   GRANT LEAVE TO FILE FURTHER
16 |_____) │       MOTIONS

17 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
          CHRISTINA M. McCALL, ASSISTANT UNITED STATES ATTORNEY:
18

19      **PLEASE TAKE NOTICE** that, on Monday, May 19, 2008, at 2:00 p.m., or as soon thereafter as

20 counsel may be heard, the accused, Juan Jose Miranda, by and through his attorneys, John C. Ellis, Jr., and

21 Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

**MOTIONS**

Juan Jose Miranda, the accused in this case, by and through his attorneys, John C. Ellis, Jr., and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1) To Compel Further Discovery and Preserve Evidence; and

2) To Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: May 5, 2008

*/s/ John C. Ellis, Jr.*
**JOHN C. ELLIS, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Juan Jose Miranda