UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                )<br>            Plaintiff,                             )<br>                                                                )<br>v.                                                             )<br>                                                                )<br>JUAN JOSE MIRANDA,                            )<br>                                                                )<br>            Defendant.                         )<br>_____) | Case No. 08CR1005-H<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Christina M. McCall, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

Dated: May 5, 2008                                            /s/John C. Ellis, Jr.
                                                                            **JOHN C. ELLIS, JR.**
                                                                             Federal Defenders
                                                                             225 Broadway, Suite 900
                                                                             San Diego, CA 92101-5030
                                                                             (619) 234-8467  (tel)
                                                                             (619) 687-2666  (fax)
                                                                             E-mail:john_ellis@fd.org