your Honorable Judge Huff
My name is: Juan Miranda #07933298
I'm a welder by trade. I'm also a God fearing man and I put my self at your mercy asking for an open plea. As you know by now when I reached the boreder I looked like some homeless person with some filthy shorts and a string holding them up. I had not showerd in seven days and had not eaten in five. So you could see that I was desperate. (The truth of the matter is that all my money and clothes had been stolen) and in mexico phones only work with phone cards. I tride askin for money so that I may be able to use the phone. but the only thing I got was jail time. So the only thing I could think of was to look for the nearest boreder patrole and ask for there help. I never thought that I would be prosicuted for doing so. if you were to speak to the officials they will let you know that I didn't try to sneek in ore brake in. I walked strate to the boreder officers and told them that my life was in Danger.

FILED
MAY 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I am a 43 years 0f age old man hew Suffers from Sever deprecion: I have lived in this Country for 40 years to be exact: my First Languish was American English: I think Speack and dream american my First boren is American her name is Noreen: her daughters is also American her name is Lisset hew I love derry much my Son Johnny hew also is American with all my brothers, Sisters, mom, dad, nefews living here: the only plase I could get help from: because all my aunt uncles Cousin's live here also was here in the united States: So that's why I fall at your mercy and ask For your lenia--nsy